**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
**Dated: Dec 30, 2010**

Michael A. Martinez
~~EDistrict Court~~ Judge
CO Denver County District Court 2nd JD
Filing Date: Dec 30 2010 11:40AM MST
Filing ID: 35122476
Review Clerk: Linda Denton

DISTRICT COURT FOR THE CITY AND COUNTY OF
DENVER, STATE OF COLORADO

1437 Bannock Street
Denver, CO  80202

**Plaintiff:**
JON C. COOK, an individual,
THE LUMBERYARDS DEVELOPMENT, L.L.C., a
Colorado limited liability company,

v.

**Defendant(s):**
UNITED WESTERN BANK, a federally chartered savings and loan association, GARY G. PETAK, an individual, BRET R. DUSTON, an individual, ANTHONY C. CODORI, and individual, JOHN DOES 1-5, JANE DOES 1-5

▲ **COURT USE ONLY** ▲

Case Number:   2010CV9625

Division 1

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

This matter comes before the Court on Defendants' Motion for Extension of Time to Respond to Complaint.

The Court, having reviewed the Motion and being fully apprised of the premises, hereby GRANTS said Motion.  The Defendants shall have up to and including January 26, 2011 in which to file an answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated this _____ day of December, 2010.

_____
District Court Judge

Exhibit O

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Denver County District Court 2nd JD

**Judge:** Michael Anthony Martinez

**Current Date:** Dec 30, 2010

**Case Number:** 2010CV9625

**Case Name:** COOK, JON C et al vs. UNITED WESTERN BANK et al

/s/ **Judge Michael Anthony Martinez**