## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00041-RPM

JON C. COOK, an individual,
THE LUMBERYARDS DEVELOPMENT, L.L.C., a Colorado limited liability company

    Plaintiffs,

v.

UNITED WESTERN BANK, a federally chartered savings and loan association,
GARY G. PETAK, an individual,
BRET R. DUSTON, an individual,
ANTHONY C. CODORI, an individual, and
JOHN DOES 1–5, JANE DOES 1–5,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS FOR 60 DAYS

Upon review of Defendants' Unopposed Motion to Stay Proceedings for 60 Days [16] filed on February 18, 2011, it is

ORDERED that Defendants' Unopposed Motion to Stay Proceedings for 60 Days is GRANTED.

Dated this 18th day of February, 2011.

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge