IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00041-RPM

JON C. COOK, and
THE LUMBERYARDS DEVELOPMENT, L.L.C.,

    Plaintiffs,

v.

FIRST-CITIZENS BANK & TRUST COMPANY,
GARY G. PETAK,
BRET R. DUSTON, and
ANTHONY C. CODORI,

    Defendants.

_____

ORDER
_____

    Pursuant to the motions filed on March 30, 2011, by First-Citizens Bank & Trust Company and the individual defendants, it is

    ORDERED AS FOLLOWS:

    1. First-Citizens Bank & Trust Company is substituted for United Western Bank as a defendant.

    2. The defendants' motion to lift stay of proceedings as ordered by this Court's order of February 18, 2011, is granted.

    3. The motion to withdraw the motion to dismiss first amended complaint, filed by United Western Bank and the individual defendants on January 13, 2011, [10] is withdrawn.

    4. The revised motion to dismiss first amended complaint or in the alternative motion for summary judgment, tendered on March 30, 2011, as Doc. 20-1 is ordered filed as a motion for summary judgment pursuant to Fed.R.Civ.P. 56.

DATED: April 1st, 2011

                                             BY THE COURT:

                                             s/Richard P. Matsch
                                             _____
                                             Richard P. Matsch, Senior Judge