**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-00041-RPM-KMT

JON C. COOK, an individual,
THE LUMBERYARDS DEVELOPMENT, L.L.C., a Colorado limited liability company

    Plaintiffs,

v.

FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina state-chartered bank,
GARY G. PETAK, an individual,
BRET R. DUSTON, an individual,
ANTHONY C. CODORI, an individual, and
JOHN DOES 1–5, JANE DOES 1–5,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on Jon C. Cook and The Lumberyards Development, L.L.C.'s ("Plaintiffs") and First-Citizens Bank & Trust Company, Gary G. Petak, Bret R. Duston, and Anthony C. Codori's ("Defendants" and, collectively with Plaintiffs, the "Parties") Stipulated Motion to Dismiss with Prejudice (the "Motion"), and the Court being fully advised in the Motion's premises, hereby:

ORDERS that the Motion is GRANTED. It is Further ORDERED that this case is dismissed with prejudice.

Dated this 7th day of July, 2011.        s/Richard P. Matsch

                                            By:_____
                                                Hon. Richard P. Matsch

550739